## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

vs.

CHRISTOPHER DOWTIN (1)
BONDARY MCCALL (2)

Defendants.

CASE NO. 3:25-cr-000080 (1) (2)

DISTRICT JUDGE WALTER H. RICE

---

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | **10/16/2025** |
| Jury Trial Date | **12/1/2025** |
| Final Pretrial Conference (by telephone) | **Monday, 11/24/2025 at 5:00 p.m.** |
| Motion Filing Deadline<br>　Oral and Evidentiary Motions | **11/3/2025** |
| 　Other Motions | **11/13/2025** |
| Discovery Cut-off (all discovery must be furnished by this date) | **11/17/2025** |
| Speedy Trial deadline | **12/4/2025** |
| Discovery – Plaintiff to Defendant | **DONE on 10/16/2025** |
| Hearing on Defendant's Counsel Motion to Withdraw | **Monday, 10/20/2025 at 3:30 p.m.** |

Date: 10/17/2025

　　　　　　　　　　　　　　　　*Walter H. Rice*
　　　　　　　　　　　　　　　　**WALTER H. RICE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**