IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

Case No: 3:25-cr-80

(In Equity – Fiduciary Capacity Reserved)

BONDARYL MCCALL, Trustee, BMS NETWORK RVOC LIVING TRUST,

CHRISTOPHER DOWTIN, Executor of Record,

Appearing In Propria Persona, Sui Juris,

Petitioners in Equity,

v.

UNITED STATES, et al.,

Respondents.

----------------------------------------------------

VERIFIED BILL IN EQUITY AND PETITION FOR WRIT OF HABEAS CORPUS

TO REMOVE CONSTRUCTIVE RESTRAINT AND RESTORE TRUST LIBERTY

----------------------------------------------------

Comes now, Bondaryl McCall and Christopher Dowtin, living men, appearing in propria persona, in fiduciary capacity as Trustee and Executor respectively of private trusts, and respectfully petition this honorable Court in Equity for a writ of habeas corpus and equitable relief. This Verified Bill in Equity is filed into Case No. 3:25-cr-80 to assert and preserve equitable jurisdiction and to prevent further unlawful proceedings at law absent adjudication of conscience.

Petitioners do not ask this Court to "revive a separate equity jurisdiction." Rather, Petitioners respectfully invoke the Court's ongoing and inherent duty to apply equitable principles to matters which have always required equity — especially where law provides no adequate remedy, and liberty, conscience, and trust res are at stake.

1. Petitioners do not appear pro se nor submit to the statutory jurisdiction of the United States District Court acting at law.

2. Petitioners appear specially, in equity, to assert liberty, fiduciary duty, and control of res held in private trust, and to correct the record of constructive restraint.

3. On or about January 14, 2026, Petitioner Bondaryl McCall, in open court, orally and clearly fired and discharged standby counsel Thomas G. Eagle, Attorney at Law, repeating such discharge three (3) times on the record.

4. Petitioner Christopher Dowtin likewise orally discharged his standby counsel in the same proceeding and adopted the equitable position of co-petitioner McCall.

5. The record supports that no lawful agency, delegation, or power of attorney was issued by Petitioners to any standby counsel.

6. Previously, Bondaryl McCall issued commercial notice and invoice to a prior assigned counsel for unauthorized use of the private trust name BONDARYL MCCALL, treated as a trademark. That counsel withdrew, and the Court accepted the withdrawal, confirming the discharge.

7. The appointment and imposition of standby counsel constitutes a constructive restraint upon the liberty of Petitioners, and interference with the fiduciary operations of the trust estate and executor authority.

8. Petitioners affirm that the court now lacks any party to speak for the legal fiction, and no jurisdiction lawfully attaches to them as living men who have not consented to act as surety, debtor, or legal person.

9. Petitioners have no adequate remedy at law, and equity is the only forum competent to address the injury.

10. The Court has a non-discretionary duty to hear the equitable claim, as conscience demands it, and to resolve jurisdiction before further proceeding at law.

WHEREFORE, Petitioners demand:

- That this Verified Bill in Equity and Petition for Writ of Habeas Corpus be accepted and docketed as a matter in equity within Case No. 3:25-cr-80;

- That the Court cease all further proceedings at law until equitable jurisdiction is resolved;

- That all constructive restraints, including unauthorized legal representation, be removed from the estate, trust, and natural liberty of the Petitioners;

- That the Court issue findings regarding the absence of jurisdiction due to lack of agency and rebutted legal presumption;

- That the Court grant such other equitable relief as conscience may require.

Respectfully submitted,

/s/ mccall, bondaryl

Bondaryl McCall, Trustee

In Propria Persona, Sui Juris

All rights reserved – UCC 1-308

_____

Christopher Dowtin, Executor *(by joinder of record)*

In Propria Persona, Sui Juris

All rights reserved – UCC 1-308


Dated: _____

_____

## VERIFICATION

I, Bondaryl McCall, a living man, hereby verify under penalty of perjury under the laws of the United States of America that the foregoing Verified Bill in Equity and Petition for Writ of Habeas Corpus is true and correct to the best of my knowledge, belief, and understanding.


/s/mccall, bondaryl

Bondaryl McCall


Executed on this 31th day of January, 2026.


NOTE: Petitioner Christopher Dowtin is presently detained in Dayton, Ohio and therefore unavailable to sign this verification. His joinder in this Verified Bill is established by oral record in open court and his discharge of standby counsel, which supports his adoption of the equitable position herein.


## CERTIFICATE OF SERVICE

I, Bondaryl McCall, hereby certify that a true and correct copy of the foregoing Verified Bill in Equity and Petition for Writ of Habeas Corpus was served by [hand delivery / certified mail] upon the following parties on this 31th day of January, 2026:

Clerk of Court

United States District Court

Southern District of Ohio

[Insert Clerk's Address]


United States Attorney

Office of the United States Attorney

[Insert Address]


Counsel for Respondents (if any)

[Insert any known names and addresses]


/s/mccall, bondaryl

Bondaryl McCall

## Bethany Russell

| | |
|---|---|
| **From:** | Bondary Mccall <bondary7105@gmail.com> |
| **Sent:** | Saturday, January 31, 2026 9:59 PM |
| **To:** | Bethany Russell |
| **Subject:** | Bill In Equity for Writ of Habeas Corpus |
| **Attachments:** | Bill in Equity for Writ of Habeas Corpus - Dayton Case - Removal of Standby Counsel.docx |

**CAUTION - EXTERNAL:**

 Email tracked with Mailsuite · Opt out ·····

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1