IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Case No. 3:25-cr-80

## SUPPLEMENTAL VERIFIED STATEMENT IN EQUITY AND EXTENSION OF PETITION FOR WRIT OF HABEAS CORPUS

**Comes now,** Bondaryl McCall, in fiduciary capacity for the BMS NETWORK RVOC LIVING TRUST, by special appearance in equity, not at law, to respectfully supplement the record previously entered in the Verified Bill in Equity and Petition for Writ of Habeas Corpus filed before this honorable court. This filing is made to notify the court of additional matters of equitable restraint already introduced in prior filings and communications with the court, and to demand full equitable review and relief in the court's conscience.

### I. NOTICE OF ADDITIONAL CONSTRUCTIVE RESTRAINT

Petitioner has previously brought to this Court's attention matters involving constructive restraint over identifiable trust res located in the State of Georgia. These include:

1. **1500 West Wesley Road NW, Atlanta, Georgia 30327**
    - Real property valued at approximately $4,500,000.00
    - Lawfully assigned by UCC-3 Financing Statement Amendment, File No. 202601198036428
    - No rebuttal or adverse claim has been submitted by any party

2. **Five (5) Mercedes-Benz Vehicles,** assigned via UCC-3 Filing No. 202601198036543
    - Including VINs for GLE 450, EQE 350, GLC 300, and related vehicles totaling approximately $550,000.00 in value
    - Constructively possessed by the Trust for fiduciary use

3. **Ford F-150 Pickup Truck**, assigned via UCC-3 Filing No. 202601198036593
    - Valued at approximately $53,000.00, assigned from Ford Motor Credit

4. **125 Edinburgh Lane, Covington, Georgia 30016**
    - Real property valued at approximately $328,510.00

- UCC-3 Filing No. 202601238045464

All instruments were served to appropriate public and private entities, including the **U.S. Department of Treasury Fiscal Services**, and received without rebuttal. No adverse party has entered a lawful claim, warrant, or judgment affecting title or fiduciary access to said res.

## II. BASIS FOR EXTENSION OF HABEAS PETITION

Petitioner asserts that the above-listed res are subject to continued and unjustified constructive restraint, thereby impairing the liberty and fiduciary duty of the Trustee, and denying full operation of the trust estate.

These matters were not newly introduced, but have been:

- Communicated to this Court previously, including through submitted applications, supporting documents, and court filings
- Publicly recorded and perfected in the UCC commercial registry
- Lawfully unrebutted and unopposed in equity

Petitioner now formally extends the Verified Petition for Writ of Habeas Corpus to include these res, and demands equitable remedy for the ongoing restraint, consistent with the principles of conscience and the Court's duty under Article III equity jurisdiction.

## III. PRAYER FOR RELIEF

Petitioner respectfully demands:

1. That this Court take full equitable jurisdiction over all matters related to the constructive restraint of the above trust res;
2. That the Court issue such relief as justice and conscience may require, including the restoration of constructive possession to the Trustee;
3. That any party or agent presently detaining said res be ordered to show cause why said restraint continues without lawful claim;
4. That no further proceedings under color of statute impair the liberty of the fiduciary to operate the trust estate in equity.

Respectfully and honorably submitted this 31th day of January, 2026.

**Bondaryl McCall**
Trustee, BMS NETWORK RVOC LIVING TRUST
By Special Appearance, In Equity Only

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon the following parties via hand delivery or first-class mail:

- Office of the United States Attorney for the Southern District of Ohio
- Clerk of Court, U.S. District Court – Dayton Division
- Department of the Treasury – Fiscal Services
- Any other parties or agents referenced herein

Bondaryl McCall

# Bethany Russell

**From:** Bondary Mccall <bondary7105@gmail.com>
**Sent:** Saturday, January 31, 2026 11:12 PM
**To:** Bethany Russell
**Subject:** Re: Bill In Equity for Writ of Habeas Corpus
**Attachments:** SUPPLEMENTAL VERIFIED STATEMENT IN EQUITY AND EXTENSION OF PETITION FOR WRIT OF HABEAS CORPUS - Dayton Case.docx

**CAUTION - EXTERNAL:**



On Sat, Jan 31, 2026 at 9:58 PM Bondary Mccall <bondary7105@gmail.com> wrote:

Email tracked with Mailsuite · Opt out  --

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1