IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :

    Plaintiff,

v.  :

CHRISTOPHER DOWTIN &      Case No. 3:25-CR-80
BONDARY MCCALL,      JUDGE WALTER H. RICE

    Defendants,  :

---

ENTRY RECOGNIZING DEFENDANT MCCALL'S SPECIAL EQUITY
RECORD (DOC. #114); OVERRULING MOTION TO STRIKE
AFFIDAVIT OF NON-CONSENT TO REPRESENTATIVE (DOC. #115)

---

On February 18, 2026, Defendant McCall filed a "Special Equity Record." Doc. #114. Given that the stated purpose of the filing is to preserve the record, and given that McCall does not ask the Court to take any action in response to the filing, the Court will not take any action. Nevertheless, the Court recognizes that McCall has filed the document and that it is now part of the official record in this case.

McCall also filed a Motion to Strike Affidavit of Non-Consent to Representative. Doc. #115. From this motion, the Court surmises that he wishes to strike the filing docketed at Doc. #101. However, because he has not provided any reason or rationale for striking said document, and because, at this point, he still intends to represent himself at trial, the Court OVERRULES this request.

Date: February 18, 2026

*Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE