IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| | * | Case No. 3:25-CR-080 |
| | | JUDGE WALTER H. RICE |
| | * | |
| | | **VERDICT FORM** |
| | * | |
| | | **COUNT ONE: FILED, ATTEMPTED TO** |
| | * | **FILE AND CONSPIRED TO FILE A FALSE** |
| | | **LIEN AND INCUMBERANCE AGAINST** |
| UNITED STATES OF AMERICA, | * | **THE REAL AND PERSONAL PROPERTY** |
| Plaintiff, | | **OF DISTRICT COURT JUDGE THOMAS** |
| v. | * | **M. ROSE, AN OFFICER AND EMPLOYEE** |
| | | **OF THE UNITED STATES** |
| CHRISTOPHER DOWTIN (1) | | **GOVERNMENT, ON ACCOUNT OF THE** |
| Defendant. | * | **PERFORMANCE OR OFFICIAL DUTIES** |
| | | **BY THAT INDIVIDUAL, KNOWING AND** |
| | * | **HAVING REASON TO KNOW THAT** |
| | | **SUCH LIEN WAS FALSE AND** |
| | | **CONTAINED MATERIALLY FALSE,** |
| | * | **FICTITIOUS AND FRAUDULENT** |
| | | **STATEMENTS AND** |
| | * | **MISREPRESENTATIONS, INCLUDING A** |
| | | **CLAIM THAT DISTRICT COURT JUDGE** |
| | | **THOMAS M. ROSE OWED** |
| | * | **CHRISTOPHER DOWTIN** |
| | | **$32,495,888.58** |

Defendant having waived a Jury in the captioned cause, the matter proceeded to Trial before the Court.

I find the Government has not sustained its burden of proof beyond a reasonable doubt and, accordingly, find the Defendant, CHRISTOPHER DOWTIN, not guilty as charged in Count One of the Superseding Indictment.

Date:  March 9, 2026

_____

(Dictated by Judge Rice, reviewed by him prior to electronic signature.)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

2